IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

GLORIA SWAIN

       Plaintiff,

v.                                    CV 08-PT-1595-E

I. C. SYSTEMS, etc., et al

       Defendants.

## DISMISSAL ORDER

In accordance with the Joint Stipulation of Dismissal filed on February 11, 2009, all of plaintiff's claim(s) against defendant I. C. Systems are **DISMISSED, WITH PREJUDICE**, with costs taxed as paid.

**DONE** and **ORDERED** this the 12th day of February, 2009.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**